# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In the Matter of:
HOLQUIST, KARL JON
HOLQUIST, ELIZABETH ELLEN

Case No. 05-87360
Chapter 7
Honorable Marci B. McIvor

                Debtor(s)        /

## CERTIFICATE OF DISTRIBUTION

Now comes Timothy J. Miller, trustee of the above-named estate, and hereby states the following:

1. That the trustee has fully administered this estate by either liquidating or abandoning all property of the estate.

2. That the trustee has collected $177,521.52, and disbursed $163,731.37, leaving a balance on hand of $13,790.15, which funds are lodged in an account in JPMORGAN CHASE BANK, N.A.;

3. That, of the funds on hand, the following distribution should be made:

Chapter 7 Admin. Expenses

| | | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---|---|---|
| Timothy J. Miller, Trustee | Trustee Compensation, per order dated 10/12/07 | 7,639.43 | 100.00 | 7,639.43 |
| United States Bankruptcy Court | Clerk of the Court Costs (includes adversary and other filing fees) | 500.00 | 100.00 | 500.00 |
| | Subtotals: | $8,139.43 | | $8,139.43 |

Unsecured Claims - Timely

| Claim # | Name | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---|---|---|

| | | | | |
|---|---|---:|---:|---:|
| 1 | Bertha Erickson | 102,000.00 | 4.09 | 4,176.58 |
| 2 | Recovery Management Systems Corporation | 3,737.07 | 4.09 | 153.02 |
| 3 | Recovery Management Systems Corporation | 1,205.94 | 4.09 | 49.38 |
| 4 | Ypsilanti Area Federal Credit Union | 31,058.18 | 4.09 | 1,271.74 |

                                                               Subtotals: $ 138,001.19     $ 5,650.72

                              Unsecured Subtotals: $ 138,001.19     $ 5,650.72

                                                                  Total Paid:     $ 13,790.15

The undersigned trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

Date: October 12, 2007                 /s/Timothy J. Miller, Trustee
                                           Timothy J. Miller
                                           645 Griswold, Ste. 3900
                                           Detroit, MI 48226
                                           (313) 237-0850